**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 97-6648**

———————

TERRY WENDELL COPELAND,

Plaintiff - Appellant,

versus

RICHARD A. LANHAM, SR., Commissioner, Division
of Correction; PERIERA, Ms., for R. A. L.
(Acting Commissioner); L. SATTLER, for J. C.
Headquarters Coordinator Division of Correc-
tion; WILLIAM L. SMITH, Warden, Maryland House
of Correction; WAYNE HILL, Mr., Administrative
Remedy Coordinator; SERGEANT HOLLAND; SESSONS,
CO, I; CHUCK SMITH, CO, II; G. ALLEN; CO
BOWERS, I; L. SMITH,

Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Andre M. Davis, District Judge. (CA-95-
3567-AMD)

———————

Submitted: July 2, 1998          Decided: July 16, 1998

———————

Before NIEMEYER and HAMILTON, Circuit Judges, and HALL, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

Terry Wendell Copeland, Appellant Pro Se.  John Joseph Curran, Jr., Attorney General, Glenn William Bell, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Terry Wendell Copeland appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Copeland v. Lanham, No. CA-95-3567-AMD (D. Md. Apr. 8, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED